CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 2 6 2005

JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| PATRICIA STEPHENS,<br><br>*Plaintiff,*<br><br>v.<br><br>COUNTY OF ALBEMARLE,<br><br>CITY OF CHARLOTTESVILLE,<br><br>RIVANNA SOLID WASTE AUTHORITY,<br><br>*Defendants.* | CIVIL ACTION No. 3:04CV00081<br><br><br>FINAL ORDER<br><br><br>JUDGE NORMAN K. MOON |

By order dated December 1, 2004, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his Report and Recommendation on April 14, 2005. In his Report, the Magistrate recommends that the Court: (1) deny the Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed November 17, 2004 pursuant to Fed. R. Civ. P. 12(b)(1); (2) grant the Defendants' Motion to Dismiss for Lack of Standing , filed November 17, 2004 pursuant to Fed. R. Civ. P. 12(b)(1); and (3) grant the Defendants' Motion to Dismiss for Failure to State a Claim, filed November 17, 2004 pursuant to Fed. R. Civ. P. 12(b)(6). The Plaintiff filed timely objections to portions of the Magistrate's Report on April 28, 2005.

The Court has performed a *de novo* review of those portions of the Report and Recommendation to which objections were made. *See* U.S.C. § 636(b)(1)(C) (West 1993 and Supp. 2000); FED.R.CIV.P. 72(b). Having thoroughly considered the entire case, all relevant law, and for the reasons stated in an accompanying memorandum opinion, it is hereby

ADJUDGED ORDERED AND DECREED

as follows:

1. The Magistrate Judge's Report and Recommendation of April 14, 2005 is ACCEPTED IN PART and REJECTED IN PART;

2. The Plaintiff's Objections, filed April 28, 2005, shall be, and they hereby are, SUSTAINED IN PART and OVERRULED IN PART. Objection 14, wherein the Plaintiff objects to the Magistrate's finding that the Plaintiff failed to sufficiently allege causation for purposes of standing, shall be, and it hereby is, SUSTAINED. The remainder of the Plaintiff's Objections shall be, and they hereby are, OVERRULED;

3. The Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed November 17, 2004 pursuant to Rule 12(b)(1) shall be, and it hereby is, DENIED;

4. The Defendants' Motion to Dismiss for Lack of Standing, filed November 17, 2004 pursuant to Rule 12(b)(1) shall be, and it hereby is, GRANTED IN PART and DENIED IN PART. The motion shall be, and it hereby is, GRANTED with respect to Counts I and III, but DENIED with respect to Count II;

5. Counts I and III of the Plaintiff's Complaint, filed October 15, 2004, shall be, and

they hereby are, DISMISSED;

6. The Defendants' Motion to Dismiss for Failure to State a Claim, filed November 17, 2004 pursuant to Rule 12(b)(6), shall be, and it hereby is, GRANTED with respect to Count II;

7. Count II of the Plaintiff's Complaint, filed October 15, 2004, shall be, and it hereby is, DISMISSED;

8. This action shall be, and it hereby is, DISMISSED and STRICKEN from the docket of this Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: *[signature]*
United States District Judge

8/26/05
Date