CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
For C'ville
DEC 2 2 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Jarahu
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| PATRICIA STEPHENS, *Plaintiff,*<br><br>v.<br><br>COUNTY OF ALBEMARLE,<br><br>CITY OF CHARLOTTESVILLE,<br><br>RIVANNA SOLID WASTE AUTHORITY,<br><br>*Defendants.* | CIVIL ACTION NO. 3:04CV00081<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

Before the Court is the Plaintiff's Motion to Alter or Amend Judgment, filed on September 12, 2005 pursuant to Fed. R. Civ. P. 59(e). In this motion, the Plaintiff moves the Court to reconsider its August 26, 2005 order dismissing her claims. That order addressed three motions filed by the Defendants in response to claims filed by the Plaintiff pursuant to 42 U.S.C. § 1983 for alleged violations of the First Amendment of the United States Constitution and the Due Process Clause of the Fourteenth Amendment. The Defendants' motions are: (1) a motion to dismiss for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1); (2) a motion to dismiss for lack of standing under Fed. R. Civ. P. 12(b)(1); and (3) a motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6). In its August 26, 2005 opinion, the Court denied the motion to dismiss for lack of subject matter jurisdiction, but granted dismissal of the

1

First Amendment claims (Counts I and III) for lack of standing and granted dismissal of the Due Process claim (Count II) for failure to state a claim. The Plaintiff has filed this Motion to Alter of Amend Judgment only with respect to the Court's decision to dismiss her First Amendment claims on grounds of standing.

Having reconsidered this matter, the Court agrees with the Plaintiff that she has standing to assert a claim under the First Amendment and that, consequently, her complaint has stated a claim on which relief may be granted. Accordingly, it is this day

ADJUDGED, ORDERED AND DECREED

as follows:

1. The Plaintiff's Motion to Alter or Amend Judgment, filed September 12, 2005, shall be, and it hereby is, GRANTED;

2. The Defendants' Motion to Dismiss for Lack of Standing and Motion to Dismiss for Failure to State a Claim shall be DENIED as to Counts I and III of the Plaintiff's complaint;

3. The Court's opinion and order of August 26, 2005 shall in all other respects remain in effect.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED: _____
United States District Judge

Date: December 22, 2005